### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAUL LEBLANC AND SANDI LEBLANC | * | CIVIL ACTION |
| Plaintiffs | * | NO. |
| VERSUS | * | SECTION: |
| TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, SOUTHERN TIRE MART, LLC, AND CODY ROCK | * | JUDGE: |
| Defendants | * | MAGISTRATE: |

*****************************************************************************
### **COMPLAINT**
*****************************************************************************

NOW INTO COURT, through undersigned counsel, come Plaintiffs, PAUL LEBLANC AND SANDI LEBLANC, persons of the full age of majority and residents of and domiciled in the Parish of St. James, State of Louisiana, who respectfully submit the following Complaint:

### I. INTRODUCTION

1.

This cause of action arises out of a motor vehicle collision that occurred on or about July 21, 2021, in the Parish of St. James, State of Louisiana.

### II. THE PARTIES

2.

Made Plaintiffs herein are:

PAUL LEBALNC ("Mr. Leblanc"), a person of the full age of the majority and resident of and domiciled in the Parish of St. James, State of Louisiana; and

SANDI LEBLANC ("Mrs. Leblanc"), a person of the full age of the majority and resident of and domiciled in the Parish of St. James, State of Louisiana.

3.

Made Defendants herein are:

A. CODY ROCK ("DEFENDANT ROCK"), upon information and belief, a person of the full age of the majority and resident of and domiciled in the County of Jones, State of Mississippi;

B. SOUTHERN TIRE MART, LLC, (hereinafter, "SOUTHERN"), a foreign limited liability company authorized to do business in the State of Louisiana and domiciled in the State of Mississippi, who upon information and belief is comprised of two members, both natural persons domiciled in the State of Mississippi, and who was at all times relevant herein the owner of the vehicle that caused the July 21, 2021, motor vehicle collision at issue and the entity that employed DEFENDANT ROCK while he was driving in the course and scope of his employment at the time of the July 21, 2021 motor vehicle collision; and

C. TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, (hereinafter, "TRAVELERS"), a foreign insurance company incorporated in the State of Connecticut and having its principal place of business in the State of Connecticut who is authorized to do and doing business in the State of Louisiana, and who upon information and belief was at all times relevant herein provided a policy of insurance in favor of SOUTHERN, as owner, and DEFENDANT ROCK, as operator, for the type of liabilities at issue herein in relation to the collision that occurred on July 21, 2021.

### III. JURISDICTION AND VENUE

4.

This Court has jurisdiction over this proceeding pursuant to 28 USC § 1332 due to the complete diversity of the parties, and that the amount in controversy exceeds the jurisdictional threshold of $75,000, exclusive of interest and cost.

5.

Venue is proper in this Court pursuant to 28 USC § 1391(b)(2) as the district in which a substantial part of the events giving rise to this claim occurred.

### IV. FACTS

6.

On or about July 21, 2021, Plaintiff, Mr. Leblanc, was the owner and operator of a 2014 Nissan Frontier (VIN: 1N6AD0EV2EN757793) with Plaintiff, Mrs. Leblanc, as a passenger stopped for a traffic signal in the eastbound left lane of Highway 3125.

7.

At the same date and time, DEFENDANT ROCK, was the operator of a 2020 HINO box truck (VIN: 5PVNJ8JV7L5S79661) also in the eastbound left lane of Highway 3125 traveling behind Plaintiffs.

8.

While Plaintiffs were waiting for the traffic signal to turn green, DEFENDANT ROCK became distracted and negligently drove his vehicle forward into the rear of Plaintiffs' vehicle.

9.

As a result of DEFENDANT ROCK colliding with Plaintiffs' vehicle, Plaintiffs were injured, requiring emergency treatment at the scene and ambulance transportation to St. James Hospital.

10.

The vehicle being driven by DEFENDANT ROCK was owned by SOUTHERN, and DEFENDANT ROCK was within the course and scope of his employment with SOUTHERN when he crashed into the vehicle containing the Plaintiffs.

11.

As a result of the incident, the investigating officer noted the following violation for DEFENDANT ROCK: "Careless Operation." The officer also noted "Condition of Driver/PED" as "Distracted."

### V.  FAULT OF CODY ROCK

12.

The above-described July 21, 2021, motor vehicle collision and the resulting injuries to Plaintiffs were solely and proximately caused through the negligence of DEFENDANT ROCK, which negligence includes, but is not limited to, the following actions and/or inaction:

a) Disregarded traffic conditions;

b) Carless operation;

c) Gross negligence;

d) Failure to maintain proper control of a vehicle;

e) Failure to maintain a proper lookout and/or being distracted or inattentive;

f) Failure to take all reasonable evasive action to avoid a collision at issue herein;

g) Failure to yield;

h) Failure to properly change lanes;

i) Failure to see what should have been seen;

j) Failure to obey traffic signals; and

k) Operation of the vehicle in a reckless and/or negligent manner.

## VI. FAULT OF SOUTHERN TIRE MART, LLC

13.

The above-described July 21, 2021, motor vehicle collision and the resulting injuries to Plaintiffs were caused through the negligence of SOUTHERN, which negligence includes, but is not limited to, the following actions and/or inaction:

a) Negligent entrustment;

b) Negligent hiring, training, and supervision; and

c) Negligent granting of permissive use.

14.

Additionally, as a result of the foregoing, and as per applicable Louisiana law including, but not limited to, the Doctrines of Respondent Superior; principal and agent; and/or master-servant doctrines, said SOUTHERN is a proper party-defendant and is responsible for the negligence and/or liability attributed to DEFENDANT ROCK.

15.

In particular, SOUTHERN hired DEFENDANT ROCK to perform task specifically including, upon information and belief, transporting cargo and safely driving while doing so. DEFENDANT ROCK was the person ultimately responsible for these duties (*i.e.*, he was behind the wheel and did not delegate his driving responsibilities to anyone else.)

## VII. LIABILITY OF TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

16.

TRAVELERS, at all times relevant herein, had in full force and effect a policy of liability insurance coverage in favor of the vehicle owned by SOUTHERN and driven by DEFENDANT ROCK for their negligence in connection with the July 21, 2021, motor vehicle collision at issue herein. As a result of the foregoing, and as per applicable Louisiana law, TRAVELERS has been named herein as party-defendant and is answerable and/or responsible for the negligence and/or liability of SOUTHERN and DEFENDANT ROCK.

## VIII. DAMAGES

17.

As a result of said July 21, 2021, motor vehicle collision, Paul Leblanc suffered personal and bodily injuries including, but not limited to, injuries to his neck and back. All his damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

18.

Paul Leblanc's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of DEFENDANT ROCK and his failure to operate his vehicle in a proper, prudent, and safe manner.

19.

As a result of the motor vehicle collision at issue, Mr. Leblanc suffered severe physical and mental injuries as well as inconvenience, entitling him to recover damages including, but not limited to:

    a) Past mental pain and suffering;

b) Present mental pain and suffering;

c) Future mental pain and suffering;

d) Past physical pain and suffering;

e) Present physical pain and suffering;

f) Future physical pain and suffering;

g) Past medical expenses;

h) Present medical expenses;

i) Future medical expenses;

j) Loss of enjoyment of life; and

k) Loss of consortium.

20.

As a result of said July 21, 2021, motor vehicle collision, Sandi Leblanc suffered personal and bodily injuries including, but not limited to, injuries to her neck, back and shoulder. All her damages are serious in nature and require continuing medical care and treatment. The full residual effects are not yet known.

21.

Sandi Leblanc's injuries and damages were directly caused by the negligent acts and omissions and/or commissions on the part of DEFENDANT ROCK and his failure to operate his vehicle in a proper, prudent, and safe manner.

22.

As a result of the motor vehicle collision at issue, Mrs. Leblanc suffered severe physical and mental injuries as well as inconvenience, entitling her to recover damages including, but not limited to:

a) Past mental pain and suffering;

b) Present mental pain and suffering;

c) Future mental pain and suffering;

d) Past physical pain and suffering;

e) Present physical pain and suffering;

f) Future physical pain and suffering;

g) Past medical expenses;

h) Present medical expenses;

i) Future medical expenses;

j) Loss of enjoyment of life; and

k) Loss of consortium.

WHEREFORE, Plaintiffs, Paul and Sandi Leblanc, pray that Defendants, CODY ROCK, SOUTHERN TIRE MART LLC, AND TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY be served with a copy of this Complaint, and, after being duly summoned to appear and respond thereto, and after the expiration of all legal delays, and due proceedings are had, there be judgment in favor of Plaintiffs and against Defendants in an amount of damages reasonable and found reasonable at trial, together with legal interest thereon, from the date of judicial demand until paid in full, as well as all costs of these proceedings, and all other general and equitable relief.

SIGNATURE BLOCK ON FOLLOWING PAGE

Respectfully Submitted,

**BAER LAW, LLC**

BY:      */s/ Casey C. DeReus*
**JASON M. BAER (# 31609)**
**CASEY C. DEREUS (#37096)**
**JOSHUA A. STEIN (# 37885)**
3000 Kingman Street, Suite 200
Metairie, LA 70006
Telephone: (504) 372-0111
Facsimile: (504) 372-0151
Email: jbaer@baerlawllc.com
Email: cdereus@baerlawllc.com
Email: jstein@baerlawllc.com
*Counsel for Plaintiffs*

**PLEASE SERVE:**

**CODY ROCK**
*Through the Louisiana Long Arm Statute:*
1108 Augusta Road
Ellisville, MS 39437

**SOUTHERN TIRE MART LLC**
*Through its agent for service of process:*
CT Corporation system
3867 Plaza Tower Drive
Baton Rouge LA, 70816

**TRAVELERS PROPERTY CASUALTY INSURACNE COMPANY**
*Through its agent for service of process:*
Louisiana Secretary Of State
8585 Archives Ave.
Baton Rouge, LA 70809